ACCEPTED
04-14-00903-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/19/2015 3:07:42 PM
KEITH HOTTLE
CLERK

## NO. 04-14-00903-CV

### IN THE COURT OF APPEALS
### FOURTH DISTRICT OF TEXAS
### SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

2/19/2015 3:07:42 PM

KEITH E. HOTTLE
Clerk

### LIGHTNING OIL COMPANY,
Appellant

v.

### ANADARKO E&P ONSHORE LLC fka
### ANADARKO E&P COMPANY, LP,
Appellee

### APPELLANT'S FIRST UNOPPOSED
### MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE FOURTH COURT OF APPEALS:

Appellant Lightning Oil Company asks the Court to extend the time for filing her brief to and including March 2, 2015, and in support of this motion shows:

### Date of Judgment, Number and Style of Case

1.    This is an appeal from a final judgment signed on December 8, 2014, by the Honorable Amado J. Abascal III, 365th Judicial District Court, Dimmit County, Texas, in Cause No. 14-01-12171-DCVAJA, styled *Lightning Oil Company v. Anadarko E&P Onshore LLC fka Anadarko E&P*

1

*Company, LP,* assigned to the 365th Judicial District Court, Dimmit County, Texas.

## Perfection of Appeal

2.      Appellant Lightning Oil Company filed its notice of appeal with this Court on December 22, 2014.

## Record

3.      The clerk's record was filed with this Court on January 8, 2015, and the reporter's record was filed with this Court on January 20, 2015. The supplemental clerk's record was filed on February 17, 2015.

## Current Deadline

4.      Appellant's brief is currently due on February 19, 2014.

## Length of Extension Sought

5.      Appellant requests an 11-day extension to March 2, 2015.

## Facts Reasonably Explaining Need for Extension

The undersigned attorney has the responsibility for preparing Appellant's brief. During the last thirty (30) days, the undersigned attorney has been involved in the following which have hampered his ability to prepare Appellant's Brief, as follows:

- Prepare for and attend a two-week jury trial in Val Verde County, Texas, in cause number 29842, *Knighthawk, LLC, Series G v. B&P Development, LLC and Chad H. Foster*, Jr., 83rd Judicial District

Court, Val Verde County, Texas;

- Prepare for and attend a full-day mediation in Cause No. 2013-CI-20345; *Rocky Creek Partners, LLC v. Swinerton Builders*, 407th Judicial District Court, Bexar County, Texas; and

- Prepare post-judgment motions in cause number 29842, *Knighthawk, LLC, Series G v. B&P Development, LLC and Chad H. Foster*, Jr., 83rd Judicial District Court, Val Verde County, Texas.

6.     In addition, the Dimmit County District Clerk inadvertently omitted the exhibits to Appellant's trial court motion for summary judgment and reply to motion for summary judgment as part of the Clerk's Record filed with this Court on January 8, 2015.  A portion of these exhibits were filed but have not been made available to Appellant to complete the record citations in its brief by February 19, 2015.  In addition, Appellant's reply to motion for summary judgment and its exhibits have not been filed as of the date of this motion for extension.

### First Request for Extension

7.     Appellant has neither requested nor received any previous extensions.  This is the first request for an extension of time to file Appellant's brief.

## Request for Relief

8.    For all these reasons, Appellant Lightning Oil Company respectfully asks this Court to grant this motion and to extend the date for filing its brief for a period of 10 days, to March 2, 2015.

Respectfully submitted,

LANGLEY & BANACK, INC.

*/s/Bruce K. Spindler*
BRUCE K. SPINDLER
State Bar No. 18947050
Email: bspindler@langleybanack.com
JOHN W. PETRY
State Bar No. 15854000
Email: jpetry@langleybanack.com
STEPHEN J. AHL
State Bar No. 24054915
Email: sahl@langleybanack.com
ROBINSON C. RAMSEY
Bar Card No. 16523700
Email: rramsey@langleybanack.com
LANGLEY & BANACK, INC.
Trinity Plaza II, Suite 900
745 East Mulberry Avenue
San Antonio, Texas 78212
Telephone: (210) 736-6600
Telecopier: (210) 735-6889

ATTORNEYS FOR APPELLANT
LIGHTNING OIL COMPANY

**CERTIFICATE OF CONFERENCE**

Appellant's attorney has conferred with Appellee's counsel, Shayne Moses, who does not oppose this motion.

/s/Stephen J. Ahl
STEPHEN J. AHL

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been sent by E-service on this 19th day of February, 2015 to:

David Palmer
Email: dpalmer@mph-law.com
Shayne Moses
Email: smoses@mph-law.com
Timothy D. Howell
Email: thowell@mph-law.com
MOSES, PALMER & HOWELL, LLP
309 W. 7th Street, Suite 815
Fort Worth, TX 76102
Telephone: 817.255.9100
Telecopier: 817.255.9199

Donato D. Ramos
LAW OFFICES OF DONATO D. RAMOS, LLP
6721 McPherson Road
P. O. Box 452009
Laredo, Texas 78045
Email: donatoramosjr@ddrlex.com
Telephone: 956.722.9909
Telecopier: 956.727-5884

/s/Bruce K. Spindler
BRUCE SPINDLER